JOHN F. SHARP and JOHN WHITMORE, *Overseers, etc., Appellants, v.* MICHAEL PRENDERGAST, *Respondent.*

SAME *v.* THOMAS PRENDERGAST, *Respondent.*

SAME *v.* THOMAS MULLEN, *Respondent.*

SAME *v.* JAMES M. MACKEY, *Respondent.*

SAME *v.* JOHN F. SHARP, *Respondent.*

SAME *v.* JAMES GRAY, *Respondent.*— Order reversed, with ten dollars costs and printing disbursements in each case, and motion to dismiss action and set aside summons and complaint granted, with ten dollars costs in each case.　Opinion by LEARNED, P. J.